■ BETHLEHEM STEEL CORPORATION, Respondent, v JOHN B. CONOMOS, INC., et al., Appellants. (Action No. 1.) JOHN B. CONOMOS, INC., Appellant, v BETHLEHEM STEEL CORPORATION, Respondent. (Action No. 2.) [755 NYS2d 919] —Appeal from a judgment of Supreme Court, Erie County (Makowski, J.), entered February 11, 2002, which, inter alia, granted the cross motion of Bethlehem Steel Corporation for summary judgment requiring John B. Conomos, Inc. to provide a defense and indemnification.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Makowski, J. Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.

■ JOHN JEHLE et al., Appellants, v DONALD J. BRAASCH et al., Respondents. [755 NYS2d 920] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered July 23, 2002, which, inter alia, granted defendants' motion to dismiss the 1st through 9th, 11th and 12th causes of action as time-barred.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Erie County, Makowski, J. Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.